IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | Criminal Action No. 2:24-CR-00070-E |
| DOLLY KAY PATTERSON, | § | |
| Defendant. | § | |

## NOTICE

With the filing of Defendant's Response to the Addendum to the Presentence Report (ECF No. 68), it appears all objections have been resolved. After reviewing the information relevant to Defendant's sentencing, including the variance arguments, the court notifies the parties of its likely conclusion that an upward variance or departure might be warranted.

Such a variance or departure might be necessary to sufficiently achieve the sentencing factors set out in 18 U.S.C. § 3553 considering the severity, breadth, and intentionality of the criminal conduct at issue as well as the Presentence Investigation Report and the Defendant's Sentencing Memorandum. (ECF No. 69).

**SO ORDERED** on this **23rd day of September, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE